**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**
**MONROE DIVISION**

| | |
|---|---|
| JILL HINES, ET AL., <br><br> *Plaintiffs*, <br><br> v. <br><br> ALEX STAMOS, ET AL., <br><br> *Defendants*. | Case No. 3:23-cv-571 <br><br> Chief Judge Terry A. Doughty <br><br> Magistrate Judge Kayla D. McClusky |

**NOTICE OF APPEAL**

Notice is hereby given this 16th day of November, 2023, that, pursuant to the Federal Arbitration Act, 9 U.S.C. § 16(a), Defendants Alex Stamos, Renée DiResta, the Board of Trustees of the Leland Stanford Junior University, the Leland Stanford Junior University, Kate Starbird, Graphika, Camille François, the Atlantic Council, and Graham Brookie (together, "Defendants") appeal to the United States Court of Appeals for the Fifth Circuit from this Court's Memorandum Order filed November 15, 2023 (ECF No. 88), denying Defendants' Motion to Compel Individual Arbitration, Dismiss Plaintiff's Class Claims, and Stay all Proceedings, or Alternatively to Transfer Venue Under 28 U.S.C. § 1404 (ECF No. 69).

November 16, 2023

/s/ Camala E. Capodice
Quentin F. Urquhart, Jr. (Bar #14475)
Camala E. Capodice (Bar #29117)
Gabrielle C. Broders (Bar #39821)
**IRWIN FRITCHIE URQUHART MOORE
  & DANIELS, LLC**
400 Poydras Street, Suite 2700
New Orleans, Louisiana 70130
Telephone: (504) 310-2100
Facsimile: (504) 310-2101
Email: qurquhart@irwinllc.com
       ccapodice@irwinllc.com
       gbroders@irwinllc.com

Mary E. Gately (*pro hac vice*)
Samantha L. Chaifetz (*pro hac vice*)
**DLA PIPER LLP (US)**
500 Eighth Street NW
Washington, DC 20004
Telephone: (202) 799-4507
Facsimile: (202) 799-5507
Email: mary.gately@dlapiper.com
       samantha.chaifetz@us.dlapiper.com

Marie Bussey-Garza (*pro hac vice*)
**DLA PIPER LLP (US)**
1650 Market Street, Suite 5000
Philadelphia, PA 19103
Telephone: (215) 656-3300
Facsimile: (215) 656-3301
Email: marie.bussey-garza@us.dlapiper.com

*Counsel for Graphika and Camille François*

Respectfully submitted,

/s/ James Brown
James Brown (Bar #14101)
Devin Reid (Bar #32645)
Brady Hadden (Bar #37708)
**LISKOW & LEWIS**
Hancock Whitney Center
701 Poydras Street, Suite 5000
New Orleans, Louisiana 70139-5099
Telephone: (504) 581-7979
Facsimile: (504) 556-4108
Email: dcreid@liskow.com
       bhadden@liskow.com
       jabrown@liskow.com

John B. Bellinger III (*pro hac vice*)
Elisabeth S. Theodore (*pro hac vice*)
R. Stanton Jones (*pro hac vice*)
Stephen K. Wirth (*pro hac vice*)
**ARNOLD & PORTER
 KAYE SCHOLER LLP**
601 Massachusetts Ave. NW
Washington, DC 20001
Telephone: (202) 942-5000
Facsimile: (202) 942-5999
Email: john.bellinger@arnoldporter.com
       elisabeth.theodore@arnoldporter.com
       stanton.jones@arnoldporter.com
       stephen.wirth@arnoldporter.com

*Counsel for Alex Stamos, Renée DiResta, the Board of Trustees of the Leland Stanford Junior University, and the Leland Stanford Junior University*

2

| | |
|---|---|
| */s/ Jon K. Guice* | */s/ Alex B. Rothenberg* |
| Jon K. Guice (Bar #20841) | Alex B. Rothenberg (Bar #34740), T.A. |
| **HAMMONDS, SILLS, ADKINS, GUICE,** | Ewell E. Eagan (Bar #5239) |
|   **NOAH & PERKINS, L.L.P.** | Makala L. Graves (Bar #40608) |
| 1881 Hudson Circle | **GORDON, ARATA, MONTGOMERY,** |
| Monroe, Louisiana 71201 |   **BARNETT, McCOLLAM,** |
| Telephone: (318) 324-0101 |   **DUPLANTIS & EAGAN, LLC** |
| Facsimile: (318) 322-5375 | 201 St. Charles Avenue, 40th Floor |
| Email: jguice@hamsil.com | New Orleans, Louisiana 70170-4000 |
| | Telephone: (504) 582-1111 |
| Shelton Dennis Blunt (Bar #21230) | Facsimile: (504) 582-1121 |
| **PHELPS DUNBAR LLP** | Email: arothenberg@gamb.com |
| II City Plaza \| 400 Convention St., Suite 1100 |       eeagan@gamb.com |
| Baton Rouge, Louisiana 70802 |       mgraves@gamb.com |
| Telephone: (225) 346-0285 | |
| Facsimile: (225) 381-9197 | Rob McKenna (*pro hac vice*) |
| Email: dennis.blunt@phelps.com | Daniel Dunne (*pro hac vice*) |
| | **ORRICK, HERRINGTON &** |
| Karl V. Hopkins (admitted *pro hac vice*) |   **SUTCLIFFE LLP** |
| **BRADLEY ARANT BOULT** | 401 Union Street- Suite 3300 |
|   **CUMMINGS LLP** | Seattle, WA 98101 |
| JPMorgan Chase Tower | Telephone: (206) 839-4300 |
| 600 Travis Street, Suite 5600 | Facsimile: (206) 839-4301 |
| Houston, TX 77002 | Email: ddunne@orrick.com |
| Telephone: (713) 576-0310 |       emckenna@orrick.com |
| Facsimile: (713) 576.0301 | |
| Email: khopkins@bradley.com | Geoffrey Shaw (*pro hac vice)* |
| | **ORRICK, HERRINGTON &** |
| Andrew B, Johnson (*pro hac vice*) |   **SUTCLIFFE LLP** |
| **BRADLEY ARANT BOULT** | 355 S. Grand Ave., Ste. 2700 |
|   **CUMMINGS LLP** | Los Angeles, CA 90071 |
| 1819 Fifth Ave N | Telephone: (213) 629-2020 |
| Birmingham, Alabama 35203 | Facsimile: (213) 612-2499 |
| Telephone: (205) 521-8000 | Email: geoffreyshaw@orrick.com |
| Facsimile: (205) 521-6295 | |
| Email: ajohnson@bradley.com | *Counsel for Kate Starbird* |
| | |
| *Counsel for the Atlantic Council and Graham Brookie* | |

3

## CERTIFICATE OF SERVICE

    I HEREBY CERTIFY that on the 16th day of November, 2023, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system, which will provide notice of electronic filing to the attorneys for all parties.

/s/ James A. Brown
James A. Brown
