# *United States Court of Appeals*
**FIFTH CIRCUIT**
**OFFICE OF THE CLERK**

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE,**
**Suite 115**
**NEW ORLEANS, LA 70130**

April 29, 2024

**IMPORTANT NOTICE**

TO ALL COUNSEL LISTED BELOW

No. 23-30826　Hines v. Stamos

Projected Week of Hearing **07/08/2024**
-------------------------------------------------------

Dear Counsel:

We have tentatively scheduled this case for oral argument during the week shown.

If you have a serious, irresolvable conflict, contact us **IMMEDIATELY** via e-mail (clerk_calendaring@ca5.uscourts.gov), stating your conflict or request. Do not ask to reschedule argument unless you can find no other solution. **GENERALLY, ENGAGEMENT OF COUNSEL IN ANOTHER COURT IS NOT AN "IRRESOLVABLE CONFLICT."**

**So we can provide all pertinent information to the court before argument, and barring an emergency, we must receive all additional filings by noon on the workday immediately preceding argument.**

If you are arguing before the Fifth Circuit for the first time, please visit our Internet site at "http://www.ca5.uscourts.gov/docs/default-source/forms-and-documents---clerks-office/oral-argument-notices/handout.pdf" for "Preparing for Oral Argument in the Fifth Circuit" and at "http://www.ca5.uscourts.gov/documents/ltsig-e.pdf" for "Notice to Counsel Attending Oral Argument". If you do not have Internet access, please call and we will send you the information.

Counsel are advised it is almost invariably more helpful, in lieu of large exhibits, to furnish the courtroom deputy four smaller sized (not larger than about 8 X 14 inches) copies of charts, diagrams, etc., for the judges' use. If counsel believe it necessary to use large exhibits, please also furnish the small copies.

　　　　　　　　　　　　　　　　　CALENDARING DEPARTMENT
　　　　　　　　　　　　　　　　　clerk_calendaring@ca5.uscourts.gov

Mr. John B. Bellinger III
Ms. Marie Bussey-Garza
Ms. Elizabeth Mendell Carmody
Ms. Samantha Lee Chaifetz
Mr. Daniel J. Dunne
Ms. Mary Gately
Ms. Makala L. Graves

Mr. Gene Patrick Hamilton
Mr. Andrew Burns Johnson
Mr. R. Stanton Jones
Mr. Robert M. McKenna
Mr. Archis Ashok Parasharami
Ms. Julianna Petchak Parks
Mr. Andrew John Pincus
Mr. Kevin Scott Ranlett
Mr. Alex Benjamin Rothenberg
Mr. Dean John Sauer
Mr. Geoffrey Shaw
Mr. Michael Everett Talent
Ms. Elisabeth S. Theodore
Mr. Stephen K. Wirth