# *United States Court of Appeals*
### FIFTH CIRCUIT
### OFFICE OF THE CLERK

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE,**
**Suite 115**
**NEW ORLEANS, LA 70130**

June 26, 2024

Mr. John B. Bellinger III
Arnold & Porter Kaye Scholer, L.L.P.
601 Massachusetts Avenue, N.W.
Washington, DC 20001-3743

Mr. James A. Brown
Liskow & Lewis, A.P.L.C.
701 Poydras Street
Suite 5000
New Orleans, LA 70139

Ms. Marie Bussey-Garza
DLA Piper, L.L.P. (US)
1650 Market Street
1 Liberty Place
Suite 5000
Philadelphia, PA 19103-7300

Ms. Camala Elizabeth Capodice
Irwin Fritchie Urquhart Moore & Daniels, L.L.C.
400 Poydras Street
Suite 2700
New Orleans, LA 70130

Ms. Elizabeth Mendell Carmody
Cook, Yancey, King & Galloway, A.P.L.C.
333 Texas Street
Suite 1700
Shreveport, LA 71101

Ms. Samantha Lee Chaifetz
DLA Piper, L.L.P. (US)
500 8th Street, N.W.
Suite 5023
Washington, DC 20004

Mr. Daniel J. Dunne
Orrick, Herrington & Sutcliffe, L.L.P.
401 Union Street
Suite 3300

Seattle, WA 98101


Ms. Mary Gately
DLA Piper, L.L.P. (US)
500 8th Street, N.W.
Washington, DC 20004


Ms. Makala L. Graves
1610 Allen Toussaint Boulevard
Apartment 118
New Orleans, LA 70122


Mr. Jon Keith Guice
Hammonds, Sills, Adkins, Guice, Noah & Perkins, L.L.P.
1500 N. 19th Street
Suite 301
Monroe, LA 71201


Mr. Gene Patrick Hamilton
America First Legal Foundation
611 Pennsylvania Avenue, S.E.
Suite 231
Washington, DC 20003


Mr. Andrew Burns Johnson
Bradley Arant Boult Cummings, L.L.P.
1819 5th Avenue, N.
1 Federal Place
Birmingham, AL 35203-2119


Mr. R. Stanton Jones
Arnold & Porter Kaye Scholer, L.L.P.
601 Massachusetts Avenue, N.W.
Washington, DC 20001-3743


Mr. Alfred Paul LeBlanc Jr.
Phelps Dunbar, L.L.P.
400 Convention Street
II City Plaza
Suite 1100
Baton Rouge, LA 70802


Mr. Robert M. McKenna
Orrick, Herrington & Sutcliffe, L.L.P.
401 Union Street
Suite 3300
Seattle, WA 98101


Mr. Archis Ashok Parasharami
Mayer Brown, L.L.P.

1999 K Street, N.W.
Washington, DC 20006-1101


Ms. Julianna Petchak Parks
Langley Parks, L.L.C.
4444 Viking Drive
Suite 1100
Bossier City, LA 71111


Mr. Andrew John Pincus
Mayer Brown, L.L.P.
1999 K Street, N.W.
Washington, DC 20006-1101


Mr. Kevin Scott Ranlett
Mayer Brown, L.L.P.
1999 K Street, N.W.
Washington, DC 20006-1101


Mr. Alex Benjamin Rothenberg
Gordon, Arata, Montgomery, Barnett, McCollam, Duplantis & Eagan,
L.L.C.
201 Saint Charles Avenue
40th Floor
New Orleans, LA 70170-4000


Mr. Dean John Sauer
James Otis Law Group, L.L.C.
13321 N. Outer Forty Road
Suite 300
Saint Louis, MO 63017


Mr. Geoffrey Shaw
Orrick, Herrington & Sutcliffe, L.L.P.
355 S. Grand Avenue
Suite 2700
Los Angeles, CA 90071


Mr. Michael Everett Talent
James Otis Law Group, L.L.C.
13321 N. Outer Forty Road
Suite 300
Saint Louis, MO 63017


Ms. Elisabeth S. Theodore
Arnold & Porter Kaye Scholer, L.L.P.
601 Massachusetts Avenue, N.W.
Washington, DC 20001-3743


Mr. Stephen K. Wirth

Arnold & Porter Kaye Scholer, L.L.P.
601 Massachusetts Avenue, N.W.
Washington, DC 20001-3743

        No. 23-30826    Hines v. Stamos
                        USDC No. 3:23-CV-571
                        USDC No. 3:23-CV-571


Dear Counsel,

Counsel are directed to file simultaneous letter briefs
addressing the following:

What impact, if any, does the Supreme Court's holding in *Murthy
v. Missouri*, No. 23-411, 602 U.S. __ (U.S. June 26, 2024), have
on the present consolidated appeal?

The letter briefs are not to exceed (5) pages and must be
submitted by noon CST on Monday, July 1, 2024.



                    Sincerely,

                    LYLE W. CAYCE, Clerk

                    _____
                    By:
                    Majella A. Sutton, Deputy Clerk
                    504-310-7680